AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

      Case Subfile No:  **3:73-CV-00202-LDG**

ALPINE LAND & RESERVOIR CO, et al.,    Equity No. 3:73-cv-00183-LDG

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Nevada State Engineer's Motion to Dismiss (#3) is GRANTED for lack of subject matter jurisdiction.

   September 30, 2008                    **LANCE S. WILSON**
                                                        Clerk

                                                    /s/ Daniel R. Morgan
                                                        Deputy Clerk